

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant, Theresa Fay Jerry, in relation to this appeal as she qualifies as indigent. TEX. R. APP. P. 20.

SIGNED September 21, 2016.

_____
Rebeca C. Martinez, Justice